THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division



FILED IN OPEN COURT
JAN - 8 2025
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BOUALEM OUALI,<br>    a/k/a, "Bo,"<br>    a/k/a, "Sam"<br>    (Counts 1–6),<br><br>and<br><br>SAUD JAMAL AL GALAA,<br>    a/k/a, "Snoop"<br>    (Counts 1–5, 7),<br><br>  *Defendants.* | Case No. 1:25-CR-009<br><br>Count 1: 21 U.S.C. §§ 841(a)(1) and 846<br>(Conspiracy to Distribute Fentanyl)<br><br>Count 2: 18 U.S.C. § 1951(a)<br>(Conspiracy to Commit Hobbs Act Robbery)<br><br>Count 3: 18 U.S.C. §§ 2 and 1951(a)<br>(Attempted Hobbs Act Robbery)<br><br>Count 4: 18 U.S.C. § 924(o)<br>(Conspiracy to Use and Carry Firearms During and in Relation to a Drug Trafficking Crime)<br><br>Count 5: 18 U.S.C. §§ 2 and 924(c)(1)(A)<br>(Use, Carry, Brandish, and Discharge Firearms During and in Relation to a Drug Trafficking Crime)<br><br>Counts 6–7: 18 U.S.C. § 922(g)(1)<br>(Felon in Possession of a Firearm)<br><br>Forfeiture Notice |

## **INDICTMENT**

January 2025 Term – at Alexandria, Virginia

## COUNT ONE

*(Conspiracy to Distribute Fentanyl)*

THE GRAND JURY CHARGES THAT:

Beginning on at least October 20, 2020 and continuing until on or about October 26, 2020, the exact dates being unknown, in the Eastern District of Virginia and elsewhere, the defendants, **BOUALEM OUALI**, a/k/a "Bo," a/k/a "Sam," and **SAUD JAMAL AL GALAA**, a/k/a "Snoop," did knowingly and intentionally combine, conspire, confederate, and agree together, and with others known and unknown to the Grand Jury, to distribute fentanyl, a Schedule II controlled substance.

(In violation of Title 21, United States Code, Sections 841(a)(1) and 846.)

## COUNT TWO

*(Conspiracy to Commit Hobbs Act Robbery)*

THE GRAND JURY FURTHER CHARGES THAT:

Beginning on or about October 25, 2020 and continuing through on or about October 26, 2020, in the Eastern District of Virginia and elsewhere, the defendants, **BOUALEM OUALI**, a/k/a "Bo," a/k/a "Sam," and **SAUD JAMAL AL GALAA**, a/k/a "Snoop," did knowingly combine, conspire, confederate, and agree together, and with others known and unknown to the Grand Jury, to obstruct, delay, and affect commerce, as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery, as that term is defined in Title 18, United States Code, Section 1951, in that the defendants did knowingly conspire to take and obtain personal property consisting of fentanyl and proceeds from drug distribution from the occupants of Room 342 at the Holiday Inn, 625 First Street, Alexandria, Virginia, namely, A.B., M.T., and M.N., against the occupants' will by means of actual and threatened force, violence, and fear of immediate and future injury to the occupants' persons, while the occupants were engaged in the distribution of fentanyl, a business that affects interstate commerce.

(In violation of Title 18, United States Code, Section 1951(a).)

## COUNT THREE

*(Attempted Hobbs Act Robbery)*

THE GRAND JURY FURTHER CHARGES THAT:

On or about October 26, 2020, in Alexandria, Virginia, within the Eastern District of Virginia, the defendants, **BOUALEM OUALI**, a/k/a "Bo," a/k/a "Sam," and **SAUD JAMAL AL GALAA**, a/k/a "Snoop," aided and abetted by each other and others known and unknown to the Grand Jury, did knowingly attempt to obstruct, delay, and affect commerce, as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery, as that term is defined in Title 18, United States Code, Section 1951, in that the defendants did attempt to unlawfully take and obtain personal property consisting of fentanyl and proceeds from drug distribution from the occupants of Room 342 at the Holiday Inn, 625 First Street, Alexandria, Virginia, namely, A.B., M.T., and M.N., against the occupants' will by means of actual and threatened force, violence, and fear of immediate and future injury to the occupants' persons, while the occupants were engaged in the distribution of fentanyl, a business that affects interstate commerce.

(In violation of Title 18, United States Code, Sections 2 and 1951(a).)

## COUNT FOUR

*(Conspiracy to Use and Carry Firearms During and in Relation to a Drug Trafficking Crime)*

THE GRAND JURY FURTHER CHARGES THAT:

Beginning at least on or about October 25, 2020 and continuing until on or about October 26, 2020, in the Eastern District of Virginia, the defendants, **BOUALEM OUALI**, a/k/a "Bo," a/k/a "Sam," and **SAUD JAMAL AL GALAA**, a/k/a "Snoop," did knowingly combine, conspire, confederate, and agree together, and with others known and unknown to the Grand Jury, to use and carry firearms during and in relation to a drug trafficking crime for which the defendants may be prosecuted in a court of the United States, namely: conspiracy to distribute fentanyl, in violation of Title 21, United States Code, Sections 841(a)(1) and 846, as set forth and charged in Count One of this Indictment.

(In violation of Title 18, United States Code, Section 924(o).)

## COUNT FIVE

*(Use, Carry, Brandish, and Discharge a Firearm During and in Relation to a Drug Trafficking Crime)*

THE GRAND JURY FURTHER CHARGES THAT:

On or about October 26, 2020, in Alexandria, Virginia, within the Eastern District of Virginia, the defendants, **BOUALEM OUALI**, a/k/a "Bo," a/k/a "Sam," and **SAUD JAMAL AL GALAA**, a/k/a "Snoop," aided and abetted by each other and others known and unknown to the Grand Jury, did knowingly use, carry, brandish, and discharge a firearm during and in relation to a drug trafficking crime for which the defendants may be prosecuted in a court of the United States, namely: conspiracy to distribute fentanyl, in violation of Title 21, United States Code, Sections 841(a)(1) and 846, as set forth and charged in Count One of this Indictment.

(In violation of Title 18, United States Code, Sections 2 and 924(c)(1)(A).)

## COUNT SIX

*(Felon in Possession of a Firearm)*

THE GRAND JURY FURTHER CHARGES THAT:

On or about October 26, 2020, in Alexandria, Virginia, within the Eastern District of Virginia, the defendant, **BOUALEM OUALI**, a/k/a "Bo," a/k/a "Sam," knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, that is, a Taurus, Model G3c, 9mm pistol bearing serial number ABH833176, said firearm having been shipped and transported in interstate commerce.

(In violation of Title 18, United States Code, Section 922(g)(1).)

## COUNT SEVEN

*(Felon in Possession of a Firearm)*

THE GRAND JURY FURTHER CHARGES THAT:

On or about October 26, 2020, in Alexandria, Virginia, within the Eastern District of Virginia, the defendant, **SAUD JAMAL AL GALAA**, a/k/a "Snoop," knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, that is, a Glock, Model 22 Gen5, .40 caliber pistol bearing serial number WTR374, said firearm having been shipped and transported in interstate commerce.

(In violation of Title 18, United States Code, Section 922(g)(1).)

## FORFEITURE NOTICE

THE GRAND JURY FURTHER FINDS PROBABLE CAUSE THAT:

Pursuant to Fed. R. Crim. P. 32.2(a), the defendants, **BOUALEM OUALI** and **SAUD JAMAL AL GALAA**, are hereby notified that if convicted of the violations set forth in Count One of the Indictment they shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a), the following: (1) any property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as the result of such violation and (2) any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such violation.

Pursuant to Fed. R. Crim. P. 32.2(a), the defendants, **BOUALEM OUALI** and **SAUD JAMAL AL GALAA**, are hereby notified that if convicted of the violations set forth in Count Two of the Indictment they shall forfeit to the United States, pursuant to Title 18, United States Code, 981(a)(1)(C) and Title 28, United States Code 2641(c), any property, real or personal, which constitutes or is derived form proceeds traceable to the offense.

Pursuant to Fed. R. Crim. P. 32.2(a), the defendants, **BOUALEM OUALI** and **SAUD JAMAL AL GALAA**, are hereby notified that if convicted of any of the violations set forth in this Indictment they shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in or used in the commission of the offense.

The property subject to forfeiture includes, but is not limited to, the following:

a. One Glock Model 22 Gen5, 40 S&W pistol, S/N WTR374, and any accompanying magazines and ammunition; and

b. One Taurus Model G3c, 9mm Luger pistol, S/N ABH833176, and any accompanying magazines and ammunition.

BOUALEM OUALI and SAUD JAMAL AL GALAA, shall forfeit substitute property if, by any act or omission of the defendants, the property referenced above or any portion thereof, cannot be located upon the exercise of due diligence; has been transferred, sold to, or deposited with a third party; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been comingled with other property which cannot be divided without difficulty.

(In accordance with 21 U.S.C. § 853; 18 U.S.C. §§ 924(d)(1), 981(a)(1)(C); 28 U.S.C. § 2461(c); and Rule 32.2(a) of the Federal Rules of Criminal Procedure.)

A TRUE BILL

Pursuant to the E-Government Act, The original of this page has been filed under seal in the Clerk's Office

~~FOREPERSON~~

Jessica D. Aber
United States Attorney

By: _____
Christopher M. Carter
Special Assistant United States Attorney (LT)